IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| TEXARKANA, ARKANSAS SCHOOL DISTRICT | PLAINTIFF |
| v.   Case No. 4:15-cv-04101 | |
| T.R., by and through his parents, K.R. and R.R. | DEFENDANT |
| KIMBERLY RANDLES AND REGINALD RANDLES, Individually, and as Next Friends of T. | THIRD PARTY PLAINTIFFS |
| v. | |
| TEXARKANA SCHOOL DISTRICT; BECKY KESLER, Superintendent of Schools, Individually; and SHERRY YOUNG, Director of Special Education, Individually | THIRD PARTY DEFENDANTS |

**ORDER**

Before the Court is the Report and Recommendation filed December 2, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 16.  Judge Bryant recommends that Plaintiff's Motion to Remand be denied.  The parties have not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Therefore, the Court adopts the Report and Recommendation in *toto*. Plaintiff's Motion to Remand (ECF No. 9) is **DENIED**.

**IT IS SO ORDERED**, this 22d day of December, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge