IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| TEXARKANA, ARKANSAS SCHOOL DISTRICT | PLAINTIFF |
| v.    Case No. 4:15-cv-04101 | |
| T.R., by and through his parents, K.R. and R.R. | DEFENDANT |
| KIMBERLY RANDLES AND REGINALD RANDLES, Individually, and as Next Friends of T. | THIRD PARTY PLAINTIFFS |
| v. | |
| TEXARKANA SCHOOL DISTRICT; BECKY KESLER, Superintendent of Schools, Individually; and SHERRY YOUNG, Director of Special Education, Individually | THIRD PARTY DEFENDANTS |

**ORDER**

Pending now before this Court is Plaintiff's Motion to Compel. ECF No. 20. Defendants have responded. ECF No. 22. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2009), the Honorable Susan O. Hickey referred this Motion to this Court.

On May 16, 2016, the Court directed the parties to meet and confer to discuss the supplemented discovery responses and determine what discovery responses were actually at issue. ECF No. 24. The parties were also directed to inform the Court of status of the Motion to Compel, including any outstanding discovery issues, once the conference was completed. *Id.*

On June 6, 2016, the Court was notified by email[1] the parties had met and conferred regarding outstanding discovery issues on May 26, 2016 and all matters were resolved. Therefore,

---

[1] Counsel for the Defendant notified the Court of the resolution and copied opposing counsel with the communication.

Plaintiff's Motion to Compel is **DENIED AS MOOT**.

  **ENTERED this 8th day of June 2016.**

                <u>/s/ Barry A. Bryant</u>
                HON. BARRY A. BRYANT
                U.S. MAGISTRATE JUDGE