IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TEXARKANA, ARKANSAS SCHOOL
DISTRICT                                                                                                   PLAINTIFF

v.                                           Case No. 4:15-cv-04101

T.R., by and through his parents, K.R. and R.R.                                       DEFENDANT

KIMBERLY RANDLES AND REGINALD RANDLES,
Individually, and as Next Friends of T.                       THIRD-PARTY PLAINTIFFS

v.

TEXARKANA SCHOOL DISTRICT; BECKY KESLER,
Superintendent of Schools, Individually; and
SHERRY YOUNG, Director of Special Education,
Individually                                                             THIRD-PARTY DEFENDANTS

## ORDER

Before the Court is Defendant/Third-Party Plaintiffs' ("Parents") Unopposed Motion to Tender the Administrative Record and Set Briefing Schedule. ECF No. 26. The Parents request an order authorizing them to tender the administrative record to the Court. Upon consideration, the Court finds that the motion (ECF No. 26) should be and hereby is **GRANTED**. The Parents are directed to tender the administrative record to the Clerk of Court for filing. The administrative record contains confidential information regarding a minor. Thus, the Clerk of Court is directed to restrict access to the administrative record to the applicable parties and the Court. Because the parties have already filed their briefs in this case, the request to set a briefing schedule is moot.

**IT IS SO ORDERED**, this 31st day of August, 2016.

                                                        /s/ Susan O. Hickey
                                                        Susan O. Hickey
                                                        United States District Judge